CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 1 2 2017

JULIA C. DUDLEY, CLERK
BY: HMcDrrecd
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JUSTIN PAUL DUNLEAVY,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:17-cv-00526 |
| v. | ) ) ) | **ORDER** |
| MEDICAL AND MENTAL HEALTH<br>DEPT., <u>et al.</u>,<br>    Defendants. | ) ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1); the action is **STRICKEN** from the active docket; and Plaintiff is **GRANTED** leave to file a motion to amend the complaint within ten days.

ENTER: This ___12th___ day of December, 2017.

                                        /s/ Jackson L. Kiser
                                  Senior United States District Judge